### Exhibit A to the Complaint

**Location:** Shelton, CT  
**Total Works Infringed:** 61

**IP Address:** 73.60.176.47  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-29-2021 12:16:26 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 2 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 12-21-2021 05:16:43 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 3 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 12-03-2021 02:09:49 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 4 | Info Hash: 91B29BF3F683996DF7397B4AA694BA747D373B34<br>File Hash: 06DA322EA1A0666FCE8D75171829A5B00CE802DB07C7D47B1CAB9AF52461A7B8 | 11-19-2021 05:01:55 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 5 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 10-05-2021 11:04:22 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 6 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 09-21-2021 04:06:55 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 7 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-20-2021 21:54:49 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 8 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 08-15-2021 04:07:49 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1A0BEC9D372EC6DDAB3EFB0945A99029696768C7<br>File Hash: 14EB0343BBA0238CB9FED1A708E31DC9690C2E18A80E1FAE3F1659754030E637 | 07-27-2021 05:17:56 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 10 | Info Hash: 222B16167DB2F3D7C4B1FD0126FF4CD690CCC949<br>File Hash: 5E4C939E1A6376733ED50A1750625A65FA8E08E2119898F459DEE9AD88D0C498 | 07-10-2021 08:30:08 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 11 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-14-2021 03:37:41 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 12 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash: 5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 06-07-2021 04:19:08 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 13 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 04-25-2021 03:37:33 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 14 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03-31-2021 01:55:21 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 15 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-03-2021 04:19:47 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 16 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-01-2021 02:19:49 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 17 | Info Hash: 4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-09-2021 03:58:56 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-27-2021 03:58:38 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 19 | Info Hash: B643509B744AA2BC78C6F6E7A5FEADA925EDFE45<br>File Hash: 77C04498ACC41BAA6DABF502F24144C4CD348922B0FCCE808CE8653AF4BC09B5 | 01-16-2021 05:05:52 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 20 | Info Hash: 80DB26C91339E8E0931C21AAED4C908E7C6906A8<br>File Hash: 158CCE649F4A3813BB074C4C132BD266CD570680BA4A4DAC035C3057501068EF | 01-10-2021 11:25:45 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 21 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-05-2021 21:00:16 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 22 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-05-2021 20:54:58 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 23 | Info Hash: 0C5D1910B8D8E8639A61702E02291E16CB7A5596<br>File Hash: 520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01-04-2021 10:08:44 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 24 | Info Hash: 6A9595B7BC43E798EE6C495FB4E4C1C28D103DFF<br>File Hash: 0FAF1BD84DD1F1005497AEDDD3649804BE5D96D2155FEAA6E209723885F72F4C | 12-28-2020 10:50:17 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 25 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-23-2020 00:01:06 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 26 | Info Hash: 8ABD3939154F2BA57FAE02F2CF3D36A4DC21BC91<br>File Hash: 89BE389A4BAD7806355C3D8777A928501E40E1F7E64172C08A577695F367A2A5 | 12-20-2020 13:22:30 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash: 3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 12-20-2020 13:22:04 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 28 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889<br>File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 12-15-2020 01:36:04 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 29 | Info Hash: 3C793E25BD6E9E0908125BC83A966F3DC6D628A7<br>File Hash: 8FDF7E80CC120B419212A1F8F06C979256DC90BEF9436C38FD7564C20DFC5A98 | 12-06-2020 04:05:47 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 30 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12-01-2020 10:59:16 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 31 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 11-29-2020 21:46:12 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 32 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 11-29-2020 21:45:10 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 33 | Info Hash: FD63F631AEAE1834A387A44E1A97894E6ABCECA3<br>File Hash: E71E29CB4D7FACDFEBA6D0210208469A5A9181A110CD708E19DBEE039F165DE4 | 11-29-2020 02:51:50 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 34 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash: 44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 11-22-2020 10:32:24 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 35 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11-17-2020 10:58:09 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash: CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 11-01-2020 06:21:43 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 37 | Info Hash: 4D787ED138A585C1EECF0E44E83EC3D49004F7CD<br>File Hash: 3F3A696F9E26856B2C412E2CAC0F40309EC102098201BB4215583ADAC60829DB | 11-01-2020 06:17:26 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 38 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211<br>File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 10-18-2020 18:40:51 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 39 | Info Hash: 2665AECC29F2D50DD62093F42A9340F9909569F2<br>File Hash: 029FEAE102E533E666ECBE60343B612A4CC4639500FB7ADEAD141891D0734332 | 10-13-2020 09:50:14 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 40 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-04-2020 11:33:47 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 41 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 09-25-2020 10:00:36 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 42 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400<br>File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 09-21-2020 00:14:39 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 43 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09-13-2020 12:04:48 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 44 | Info Hash: 95D2ACE15F8693C28B5B3372FA64669874E22993<br>File Hash: 9883BF370B7088BD99D027FDCFC54FECC135B521FF8E5754E486554B3C138822 | 09-05-2020 22:36:58 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: B3F2F92AABA110DEAED3DF4A2157600625689993<br>File Hash: 4A7C802343F947C5C185EFE1D0192CDC58CE8C8B5DE6581E9E9AE01AE6E600DA | 08-25-2020 02:27:58 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 46 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08-19-2020 03:56:24 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 47 | Info Hash: 0CE9BA50E65017394BAEBB712C8F57D69B5F3DBF<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-16-2020 03:35:30 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 48 | Info Hash: E1EBC832B0B759E6C6CA80154E3BBF9F961FB533<br>File Hash: 296CBAC791B2B8C851CD79BDE55041144674B2ADEF671BA45434B663E7AE5ADF | 08-09-2020 01:08:02 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 49 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 08-02-2020 18:59:41 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 50 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-08-2020 12:53:08 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 51 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-03-2020 22:27:51 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 52 | Info Hash: 5A425FDB7FFB5049E12D808FDDA461C2F7407B34<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 06-22-2020 21:09:46 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 53 | Info Hash: B97BC31D74315E955951C6DDFF3E97FB6F8A3893<br>File Hash: E0AD027EBC12B3FD5A3B9CB93EB004508ABEF60E24B62F6905C79A5AB0251947 | 06-21-2020 02:49:56 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: D3E283DD3E559EF10AA4E16E0B3A621375FDEE75<br>File Hash: FEADBB935D34439E2E4A513DB05EE2F63A59C7E34057C366B06E5FCD3C0F0E4E | 06-14-2020 11:31:04 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 55 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 06-11-2020 18:52:05 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 56 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 06-07-2020 11:28:32 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 57 | Info Hash: 8284F9BB82CA4D85A6A0FFBEF12D8A104895C1C4<br>File Hash: 7CF4A64EE629874ADBAA21BE5240048B18751C18F0E9D21D4ADF61DD4FC6D7C0 | 05-14-2020 13:12:34 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 58 | Info Hash: 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B<br>File Hash: 5CF9341843FB7AE8329D6419CA95220B72F483EEB3AF4B0204545DE2B0D63900 | 05-14-2020 13:06:11 | Blacked | 11-06-2017 | 11-27-2017 | PA0002097974 |
| 59 | Info Hash: A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B<br>File Hash: F5D6799A408A35E92232855E8EC7C1CF519E7AC2ABF55B2F52DBAB82C51BF3A4 | 05-14-2020 13:05:22 | Blacked | 09-17-2017 | 10-10-2017 | PA0002086174 |
| 60 | Info Hash: A7C5BC453D17D393412451B93F31AF14F3040CDF<br>File Hash: A03C906CA233D577062F29E5AC6F8776502AB391EBABC4708785250C390C8606 | 05-10-2020 13:52:10 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 61 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 03-28-2020 14:03:24 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |